IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

CASE NUMBER:

OMIEL RHODEN,

    Plaintiff,

vs.

TIMOTHY EUGENE MILLER and
HERSHEY TRANSPORT LLC,

    Defendants.

_____/

## **COMPLAINT**

COMES NOW the Plaintiff, OMIEL RHODEN, and sue Defendants, TIMOTHY EUGENE MILLER and HERSHEY TRANSPORT LLC, and alleges:

1. This is an action for damages that exceeds the sum of Fifty-Thousand Dollars ($50,000.00), exclusive of costs, interest and attorneys' fees.

2. At all times material hereto, Plaintiff, OMIEL RHODEN was a resident of Leesburg, Lake County, Florida.

3. At all times material hereto, Defendant, TIMOTHY EUGENE MILLER was a resident of Blue Ridge, Collin County, Texas.

4. At all times material hereto the Defendant, HERSHEY TRANSPORT LLC was a domestic limited liability company authorized to do business in the State of Florida whose registered agent is Eldon Hershberger, 16759 Dover Road, Mt. Eaton, Ohio, 44659.

5. At all times material hereto, Defendant, HERSHEY TRANSPORT LLC, was the registered owner of a 1999 Peterbilt 379 Truck bearing vehicle identification number 1XP5DB9X0XN482275.

6. At all times material hereto, Defendant, TIMOTHY EUGENE MILLER, was driving said truck with the express or implied consent and knowledge of the owner, Defendant, HERSHEY TRANSPORT LLC.

7. The motor vehicle accident giving rise to this cause of action occurred on or about October 18, 2024 around 12:50p.m., on State Road 91 at or near the intersection of N. Hancock Road in Montverde, Lake County, Florida.

8. That at said time and place, Defendant, TIMOTHY EUGENE MILLER, so negligently and carelessly operated and or maintained said motor vehicle so as to collide with the motor vehicle that Plaintiff, OMIEL RHODEN, was driving, causing his injuries.

## COUNT I
## NEGLIGENCE CLAIM AGAINST TIMOTHY EUGENE MILLER

9. Plaintiff, OMIEL RHODEN, hereby incorporates all factual allegations contained in paragraphs 1 through 8 above.

10. That at said time and place the Defendant, TIMOTHY EUGENE MILLER, operated said motor vehicle in a negligent and careless manner so as to cause it to collide with a motor vehicle then and there operated by Plaintiff, OMIEL RHODEN.

11. As a direct and proximate result of the above-described accident, the Plaintiff, OMIEL RHODEN suffered bodily injury resulting in pain and suffering,

permanent aggravation of a pre-existing condition, disfigurement, disability, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and loss of earnings.  These losses are either permanent or continuing in nature, and the Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, OMIEL RHODEN, demands judgment for damages, cost, prejudgment interest for any out of pocket payments for expenses made by Plaintiff prior to entry of judgment against Defendant TIMOTHY EUGENE MILLER, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

## COUNT II
## NEGLIGENCE CLAIM AGAINST HERSHEY TRANSPORT LLC

12. Plaintiff, OMIEL RHODEN, hereby incorporates all factual allegations contained in paragraphs 1 through 8 above.

13. At the previously stated time and place, Defendant, TIMOTHY EUGENE MILLER, negligently operated the motor vehicle owned by Defendant, HERSHEY TRANSPORT LLC, and caused a motor vehicle accident which injured Plaintiff, OMIEL RHODEN.

14. As a direct and proximate result of the negligence of the driver Defendant, TIMOTHY EUGENE MILLER, the Plaintiff has suffered damages as more fully set forth below, for which Defendant, HERSHEY TRANSPORT LLC, is vicariously liable for under the "dangerous instrumentality" doctrine.

15. As a direct and proximate result of the negligence of the Defendant, TIMOTHY EUGENE MILLER, for which Defendant, HERSHEY TRANSPORT LLC, is vicariously liable, the Plaintiff, OMIEL RHODEN, suffered bodily injury resulting in pain and suffering, permanent aggravation of a pre-existing condition, disfigurement, disability, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and loss of earnings. These losses are either permanent or continuing in nature, and the Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, OMIEL RHODEN, demands judgment for damages, cost, prejudgment interest for any out of pocket payments for expenses made by Plaintiff prior to entry of judgment against Defendant, HERSHEY TRANSPORT LLC, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

DATED this 23rd day of January, 2025.

/s/ D. Graham Anderson
D. Graham Anderson, Esq.
Florida Bar No.: 62443
Bogin, Munns & Munns, P.A.
1390 N. Hancock Road, Suite 201
Clermont, FL  34711
(352)243-8981
Attorney for Plaintiff
ganderson@boginmunns.com
cscherr@boginmunns.com
aquintana@boginmunns.com
bmmservice@boginmunns.com